# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION

**U.S.A. vs. Amanda M. Harness**                    **Docket No.  4:09-M-1045-1**

## Petition for Action on Probation

COMES NOW Dennis E. Albertson, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Amanda M. Harness, who, upon an earlier plea of guilty to Driving While Impaired (Level 5), in violation of NCGS 20-138.1 as assimilated by 18 U.S.C. § 13, was sentenced by the Honorable Louise W. Flanagan, Chief U.S. District Judge, on December 2, 2009, to a 12 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1.      The defendant shall perform 24 hours of community service as directed by the probation office.

2.      The defendant shall obtain a substance abuse assessment and complete all recommended treatment and/or education.

Based upon the offender being a long term resident of Flint, MI, supervision was transferred to the Eastern District of Michigan on February 18, 2010.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**  A violation report received from U.S. Probation Officer Telisa Cureton in the Eastern District of Michigan dated June 30, 2010, noted Harness has failed to satisfy her court indebtedness and community service obligation as directed.  Further, the offender's adjustment to substance abuse treatment has been poor based on her sporadic attendance and continued abuse of prescription drugs.  Accordingly, it is believed that placement in a Residential Reentry Center (RRC) will provide the structured environment needed to facilitate the offender's success in treatment and satisfaction of her financial and community service obligations.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

   **PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1.  The defendant shall be placed at Bannum Residential Reentry Center (RRC) in Saginaw, Michigan, until December 1, 2010. The offender shall report to the RRC facility as directed by the probation office, based upon the availability of bed space. While at the RRC, the offender shall abide by the rules and regulations of the facility, and pay subsistence costs as required by the Bureau of Prisons.

   Except as herein modified, the judgment shall remain in full force and effect.

          I declare under penalty of perjury that the foregoing is true and correct.


           /s/ Dennis E. Albertson
          Dennis E. Albertson
          Senior U.S. Probation Officer
          413 Middle Street, Room 108
          New Bern, NC 28560-4930
          Phone: (252) 638-4944
          Executed On: July 7, 2010


        **ORDER OF COURT**

Considered and ordered this _19th_ day of _____July_____, 2010, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
Chief U.S. District Judge